# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

August 10, 2012

**Before**

RICHARD A. POSNER, *Circuit Judge*

JOEL M. FLAUM, *Circuit Judge*

DIANE S. SYKES, *Circuit Judge*

| | |
|---|---|
| DONNA NICHOLSON,<br>        *Plaintiff-Appellant*,<br><br>No. 11-2238         *v.*<br><br>PULTE  HOMES  CORPORATION  and<br>CHRIS NAATZ, individually,<br>        *Defendants-Appellees*. | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division.<br><br>No. 10-cv-833<br><br>John W. Darrah, *Judge.* |

## O R D E R

The slip opinion issued in the above-entitled cause on August 9, 2012, is amended as follows:

> On page 11, line three, the name "Pulte" should be replaced with "Nicholson". That is, the first sentence of the first full paragraph on page 11 should read: "But unlike in *Righi*, Nicholson was not terminated for excessive absenteeism or failure to follow FMLA leave procedures."